■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND PEREZ, Appellant. [863 NYS2d 609]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Demarest, J.), rendered May 12, 2005, convicting him of manslaughter in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

On appeal, the defendant challenges certain remarks made by the prosecution in summation. However, contrary to the defendant's contention, the remarks do not warrant reversal and a new trial (*see People v Crimmins,* 36 NY2d 230, 237 [1975]).

The defendant's remaining contention is without merit. Fisher, J.P., Balkin, McCarthy and Chambers, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER PRINCE, Appellant. [863 NYS2d 609]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 23, 2007 (*People v Prince,* 36 AD3d 833 [2007]), affirming a judgment of the Supreme Court, Queens County, rendered November 15, 2004.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Florio and Covello, JJ., concur.